IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

GUY DUNHAM, )
 )
    Petitioner, )
 )
v. ) CASE NO. CV415-136
 )
CENTRAL STATE PRISON, )
 )
    Respondent. )
_____)

## ORDER

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 4), to which no objections have been filed. After a careful review of the record, the report and recommendation is **ADOPTED** as the Court's opinion in this case. As a result, the Petition for Writ of Habeas Corpus (Doc. 1) is **DENIED**. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 7th day of October 2015.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA