AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

Guy Dunham

JUDGMENT IN A CIVIL CASE

v.  CASE NUMBER: CV415-136

Warden Walter Berry

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with this Court's Order dated October 7, 2015, adopting the Report and Recommendation of the Magistrate Judge as the opinion of this Court; denying Dunham's petition. This action stands closed.



October 7, 2015  Scott L. Poff
Date  Clerk

(By) Deputy Clerk

GAS Rev 10/1/03